**Deckers Outdoor Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-01907**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | nbyouqi.en.alibaba.com | Ningbo Youqi Import & Export Co., Ltd. |
| 2 | afrtech.en.alibaba.com | Shenzhen Aifurui Technology Co., Ltd. |
| 3 | aliexpress.com/store/1101438391 | Design For You Store |
| 4 | aliexpress.com/store/1101665529 | GGOODD Store |
| 5 | aliexpress.com/store/1101407369 | Negroke LoveNighty Store |
| 6 | aliexpress.com/store/1101602362 | Shiyi Life Store |
| 7 | aliexpress.com/store/1101272049 | West Wind Footwear Store |
| 8 | amazon.com/sp?seller=A2XG8OSP715SYL | Cstar Fashion |
| 9 | amazon.com/sp?seller=AKRC323V3Z1OF | dekang store |
| 10 | amazon.com/sp?seller=A2NZARMGDDME9P | DinaUs |
| 11 | amazon.com/sp?seller=A1TOWVSTIVEPU4 | FREEDOM CM |
| 12 | amazon.com/sp?seller=A1553TXUKIOY4V | keyibaihuo |
| 13 | amazon.com/sp?seller=A3309OCTJJMHVE | tongshanxianduminbaihuodian |
| 14 | dhgate.com/store/21225608 | aaee4 |
| 15 | dhgate.com/store/21800723 | act8 |
| 16 | dhgate.com/store/21800867 | akap |
| 17 | dhgate.com/store/21898144 | bcmcxmy |
| 18 | dhgate.com/store/21903184 | biglove999 |
| 19 | dhgate.com/store/21209621 | brand_sports_shoes |
| 20 | dhgate.com/store/21800886 | ccur |
| 21 | dhgate.com/store/20331271 | cegui |
| 22 | dhgate.com/store/21132946 | chayuan99 |
| 23 | dhgate.com/store/21688592 | cheap_shoes_2021 |
| 24 | dhgate.com/store/21718660 | cl_shoes |
| 25 | dhgate.com/store/21894841 | clhubei_shops |
| 26 | dhgate.com/store/21894840 | clputian_shops |
| 27 | dhgate.com/store/21894842 | clsichuan_shops |
| 28 | dhgate.com/store/21906543 | darksworder |
| 29 | dhgate.com/store/21842248 | designerkids |
| 30 | dhgate.com/store/21924567 | dhshoes8 |
| 31 | dhgate.com/store/21902063 | discountbags168 |
| 32 | dhgate.com/store/21900420 | featured_sellers |
| 33 | dhgate.com/store/21860793 | funny_store23 |

| 34 | dhgate.com/store/21818668 | g31n |
|---|---|---|
| 35 | dhgate.com/store/21768440 | ggstar |
| 36 | dhgate.com/store/21669402 | guaguo55 |
| 37 | dhgate.com/store/21710504 | handbagshow002 |
| 38 | dhgate.com/store/21710508 | handbagshow004 |
| 39 | dhgate.com/store/21674448 | hengzhe |
| 40 | dhgate.com/store/21907310 | hfdlxsm |
| 41 | dhgate.com/store/21195687 | jiang1 |
| 42 | dhgate.com/store/21704180 | jinzi_sports |
| 43 | dhgate.com/store/21800600 | jizc |
| 44 | dhgate.com/store/21859742 | jordanshoes88 |
| 45 | dhgate.com/store/21186137 | junzhuang |
| 46 | dhgate.com/store/20330261 | kaifang |
| 47 | dhgate.com/store/21800791 | kvt1 |
| 48 | dhgate.com/store/21690787 | liandai |
| 49 | dhgate.com/store/21690778 | lianzai |
| 50 | dhgate.com/store/21900810 | longlids |
| 51 | dhgate.com/store/21910749 | luxury_brand_sneaker |
| 52 | dhgate.com/store/21208321 | luxury_sneaker_2019 |
| 53 | dhgate.com/store/21522199 | max0529 |
| 54 | dhgate.com/store/21185083 | mimiki |
| 55 | dhgate.com/store/21800725 | nnmw |
| 56 | dhgate.com/store/21595232 | ogmine |
| 57 | dhgate.com/store/21800696 | pg24 |
| 58 | dhgate.com/store/21904837 | pig999 |
| 59 | dhgate.com/store/21717499 | pk_designer |
| 60 | dhgate.com/store/21900425 | popular_products |
| 61 | dhgate.com/store/21733553 | qiuti16 |
| 62 | dhgate.com/store/21860632 | ranhanshoes |
| 63 | dhgate.com/store/21800713 | s5oq |
| 64 | dhgate.com/store/20079957 | shanchuan2516 |
| 65 | dhgate.com/store/21842302 | shoes_running_store |
| 66 | dhgate.com/store/21167775 | shuzhai |
| 67 | dhgate.com/store/21931280 | sportfashion001 |
| 68 | dhgate.com/store/21800620 | stpf |
| 69 | dhgate.com/store/21898147 | suolong11 |
| 70 | dhgate.com/store/21903178 | tomota999 |
| 71 | dhgate.com/store/21902876 | top_selection |
| 72 | dhgate.com/store/21911539 | topaj002 |
| 73 | dhgate.com/store/21911395 | topaj4003 |
| 74 | dhgate.com/store/21847400 | topputianshoes |

| 75 | dhgate.com/store/21842240 | trainerskids |
|---|---|---|
| 76 | dhgate.com/store/21830188 | us_new_jersey |
| 77 | dhgate.com/store/21800639 | v1to |
| 78 | dhgate.com/store/21730525 | verygood_shoes |
| 79 | dhgate.com/store/20750324 | wuxh2018 |
| 80 | dhgate.com/store/19779744 | xiangyue318 |
| 81 | dhgate.com/store/21161340 | xianhua77 |
| 82 | dhgate.com/store/21704116 | xiaoge_seller |
| 83 | dhgate.com/store/21898141 | xmbks |
| 84 | dhgate.com/store/21861180 | yeezyshoes01 |
| 85 | dhgate.com/store/21898672 | zeankan |
| 86 | dhgate.com/store/21900819 | zhiniao |
| 87 | dhgate.com/store/21670418 | zuigua |
| 88 | temu.com/m-6185936417253.html | Da Fu |
| 89 | temu.com/m-634418212208397.html | FEGGB |
| 90 | temu.com/m-5589283474444.html | JIEGUO |
| 91 | temu.com/m-2644241095950.html | MATIAS |
| 92 | temu.com/m-6161692835777.html | STQ GROUP INC |
| 93 | temu.com/m-30620391964.html | STQ Inc |
| 94 | wish.com/merchant/5fa16f97c11b7c39356afe74 | Houwsbaby Official Store |